JOSEPH BISCARO, Respondent, v. LIBERTO & CERULLO, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Order entered November seventh.

In the Matter of the Construction of the Last Will and Testament of H. SHATTUCK COUGHLIN, Deceased. EDWARD J. COUGHLIN, Husband of the Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Order entered November seventh.

ANTHONY J. MAJESKI, Appellant, v. J. C. DANN & Co. and Others, Respondents.— Motion for reargument denied, with ten dollars cost. Motion for leave to appeal to the Court of Appeals denied. Order entered November seventh.

THERESA KLAPP, Respondent, v. ÆTNA LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

ANNA BEDNARSKI and Another, as Administrators, etc., of SIGMUND BEDNARSKI, Deceased, Appellants, v. GEORGE J. LIPPERT, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with leave to the respondent to renew upon payment of the costs of this appeal, on the ground that the defendant shows no excuse for his default and that the failure to produce his own affidavit is not explained. All concur.

LILLIAN BEBBER, as Administratrix, etc., of FRANK LABBY, Deceased, Respondent, v. IDA DOLAN and Another, Appellants.— Judgment and order denying motion for a new trial reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum. The form of the bank account raises the presumption of survivorship. This presumption is fortified by the testimony of Rosalie Larcher. The plaintiff has not presented evidence sufficient to overcome this presumption and testimony. The testimony for plaintiff all relates to the control of the bank book by defendant Ida Dolan, and does not bear directly upon the intention of the deceased as to survivorship. All concur.

LEE J. SKINNER, as Trustee in Bankruptcy of ROBERT C. SMYTHE, Bankrupt, Appellant, v. CITIZENS STATE BANK OF LYNDONVILLE, Respondent.— Judgment affirmed, with costs. All concur.

HENRY F. L. TREBERT, JR., Respondent, v. HYMAN GOLDMAN and Others, Defendants, THOMAS E. LUNT, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

FRED E. BARKER, Respondent, v. JOHN R. CONLEY and LOUIS J. CUSHING, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and questions for review certified. [See ante, p. 808.]